UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
Grace Denise Watkins               §    Case No. 13-12303
                                   §
            Debtor(s)              §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:00 a.m. on September 15, 2015
in Courtroom  615, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                                Clerk of the Court


STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Grace Denise Watkins § Case No. 13-12303
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 85,250.00 |
| and approved disbursements of | $ | 46,165.53 |
| leaving a balance on hand of[1] | $ | 39,084.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 5,833.77 | $ 0.00 | $ 5,833.77 |
| Trustee Expenses: STEVEN R. RADTKE | $ 9.92 | $ 0.00 | $ 9.92 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,962.50 | $ 0.00 | $ 2,962.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 85.80 | $ 0.00 | $ 85.80 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,891.99 |
| Remaining Balance | $ 30,192.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,923.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 108.71 | $ 0.00 | $ 108.71 |
| 2 | Quantum3 Group Llc As Agent For | $ 192.53 | $ 0.00 | $ 192.53 |
| 3 | Quantum3 Group Llc As Agent For | $ 299.89 | $ 0.00 | $ 299.89 |
| 4 | N. A. Capital One | $ 406.54 | $ 0.00 | $ 406.54 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 170.83 | $ 0.00 | $ 170.83 |
| 6 | Capital Recovery V, Llc | $ 744.51 | $ 0.00 | $ 744.51 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,923.01 |
| | Remaining Balance | | | $ 28,269.47 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,655.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | City Of Chicago Department Of Revenue | $ 1,620.28 | $ 0.00 | $ 1,620.28 |
| 8 | Commonwealth Edison Company | $ 4,102.19 | $ 0.00 | $ 4,102.19 |
| 9 | Douglas Knight & Associates | $ 3,933.45 | $ 0.00 | $ 3,933.45 |
| | Total to be paid to tardy general unsecured creditors | | $ | 9,655.92 |
| | Remaining Balance | | $ | 18,613.55 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 38.98 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,574.57 .

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-12303-JSB
Grace Denise Watkins                                                      Chapter 7
    Debtor                         **CERTIFICATE OF NOTICE**

District/off: 0752-1            User: mflowers              Page 1 of 2              Date Rcvd: Jul 28, 2015
                                Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2015.
```
db             +Grace Denise Watkins,    5403 W. Iowa,    Chicago, IL 60651-2852
20234759       +Ashleystewar,   Wfnnb,    Po Box 182686,    Columbus, OH 43218-2686
20234760       +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
20234763       +Capital One Na,    Po Box 26625,    Richmond, VA 23261-6625
21530160        Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
20234764        Capital One, NA,    P.O.Box 71087,    Charlotte, NC 28272-1087
20234765       +City of Chicago,    Dept. of Revenuee Bureau enforce.,    121 N. LaSalle St.,
                 Chicago, IL 60602-1202
23180236       +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC,    111 W Jackson Ste. 600,
                 Chicago, IL 60604-3517
20234767       +Comenity Bank/Dress Barn,    Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
20234768       +Comenity bank/The Sports Authority (TSA),    Attention: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
23267324       +DOUGLAS KNIGHT & ASSOCIATES,    PO BOX 10517,    ATTN: 149594,    BRADENTON, FL 34282-0517
20234773       +Debt Recovery Solution,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
20234776        HSBC Card Services,    P.O. Box 71104,    Charlotte, NC 28272-1104
20234777       +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
20234778       +Latoya Watkins,    515 N. Lawler,    Chicago, IL 60644-1614
20234779       +Mage & Price,    707 Lake Cook Road,    Deerfield, IL 60015-5613
20234780       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
20234782       +Rachel Durbin Nowicki,    738 S. Highland Ave.,    Oak Park, IL 60304-1527
20234784       +Torres Crdit,    Tcs Inc.,    Po Box 189,    Carlisle, PA 17013-0189
20234785        Trumbell-Met-Life II,    c/o Douglas, Knight, & Associates,    ATTN: Melissa Frew 149594,
                 Bradenton, FL 34282
20234786       +U.S. Cellular,    8410 W. Brynmar,    Chicago, IL 60631-3418
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20292460       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 29 2015 02:39:00
                 Capital One Auto Finance,    c/o Steven G. Kane,    Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
20234762       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 29 2015 01:44:48
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
22543682       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 29 2015 02:38:56
                 Capital One Auto Finance, a division of Capital On,    Attn: Marian Garza,    P.O. Box 201347,
                 Arlington, TX 76006-1347
21852030        E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2015 01:47:24       Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20234766        E-mail/Text: legalcollections@comed.com Jul 29 2015 01:44:02       ComEd,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
23203781       +E-mail/Text: legalcollections@comed.com Jul 29 2015 01:44:02       Commonwealth Edison Company,
                 3 Lincoln Center,    Attn: Bankruptcy Department,    Oakbrook Terrace, IL 60181-4204
20234769       +E-mail/Text: clerical.department@yahoo.com Jul 29 2015 01:41:04       Credit Collectors,
                 P.O. Box 63,    Kankakee, IL 60901-0063
20234770       +E-mail/Text: creditonebknotifications@resurgent.com Jul 29 2015 01:41:17       Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
20234771        E-mail/Text: creditonebknotifications@resurgent.com Jul 29 2015 01:41:17
                 Credit One Bank, N.A.,    P.O.Box 98873,    Las Vegas, NV 89193-8873
20234772       +E-mail/Text: clerical.department@yahoo.com Jul 29 2015 01:41:04       Credtrs Coll,    Po Box 63,
                 Kankakee, IL 60901-0063
20234774        E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2015 01:37:34       GECRB/jcp,    P.O. Box 960090,
                 Orlando, FL 32896-0090
20234775       +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2015 01:37:33       Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20234781       +Fax: 407-737-5634 Jul 29 2015 01:55:57      Ocwen Financial Corp.,    1661 Worthington Rd,
                 Suite 100 P.O. Box 2437,    West Palm Beach, FL 33409-6493
21774125       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2015 01:47:55
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
21489751        E-mail/Text: bnc-quantum@quantum3group.com Jul 29 2015 01:41:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Larry L Fleischer
20234761       ##+Capital  One, NA,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20234783       ##+Sarah Durbin,    738 S. Highland,    Oak Park, IL 60304-1527
                                                                                              TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Jul 28, 2015
                              Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2015 at the address(es) listed below:

```
          Jennifer A Blanc    on behalf of Debtor Grace Denise Watkins blanclaw@sbcglobal.net
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke     sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
          Steven R Radtke     on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
           sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```