# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Grace Denise Watkins | § | Case No. 13-12303 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 73,775.00
*(Without deducting any secured claims)*

Assets Exempt: 18,185.00

Total Distributions to Claimants: 14,317.91

Claims Discharged
Without Payment:  218,150.01

Total Expenses of Administration:  37,357.52

3) Total gross receipts of $ 85,250.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,574.57  (see **Exhibit 2**), yielded net receipts of $ 51,675.43  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 192,699.00 | $ 2,700.00 | $ 2,700.00 | $ 2,700.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,357.52 | 37,357.52 | 37,357.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,451.01 | 11,578.93 | 11,578.93 | 11,617.91 |
| **TOTAL DISBURSEMENTS** | $ 218,150.01 | $ 51,636.45 | $ 51,636.45 | $ 51,675.43 |

4)  This case was originally filed under chapter 7 on  03/26/2013 .  The case was pending for 33 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/16/2015            By:/s/STEVEN R. RADTKE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Car Accident 11/19/2012, Claim Against Uninsured Motorist (D | 1142-000 | 85,250.00 |
| **TOTAL GROSS RECEIPTS** | | $ 85,250.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Grace Denise Watkins | Exemptions | 8100-002 | 15,000.00 |
| Grace Denise Watkins | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 0.00 |
| Watkins, Grace Denise | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 18,574.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 33,574.57 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance 3905 North Dallas Parkway Plano, TX 75093 | | 18,699.00 | NA | NA | 0.00 |
| | Ocwen Financial Corp. 1661 Worthington Rd Suite 100 P.O. Box 2437 West Palm Beach, FL 33409 | | 174,000.00 | NA | NA | 0.00 |
| | Illinois Department of Healthcare and Family Services | 4220-000 | NA | 2,700.00 | 2,700.00 | 2,700.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 192,699.00** | **$ 2,700.00** | **$ 2,700.00** | **$ 2,700.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 5,833.77 | 5,833.77 | 5,833.77 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.92 | 9.92 | 9.92 |
| STEVEN R. RADTKE | 3110-000 | NA | 2,962.50 | 2,962.50 | 2,962.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 85.80 | 85.80 | 85.80 |
| Larry L. Fleischer and the Law Offices of Larry L. Fleischer & Associates, Ltd. | 3210-000 | NA | 28,416.38 | 28,416.38 | 28,416.38 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Larry L. Fleischer and the Law Offices of Larry L. Fleischer & Associates, Ltd. | 3220-000 | NA | 49.15 | 49.15 | 49.15 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,357.52 | $ 37,357.52 | $ 37,357.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ashleystewar Wfnnb Po Box 182686 Columbus, OH 43218 | | 63.00 | NA | NA | 0.00 |
| | Associated Receivable 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 808.00 | NA | NA | 0.00 |
| | Capital  One, NA 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 528.00 | NA | NA | 0.00 |
| | Capital One Na Po Box 26625 Richmond, VA 23261 | | 409.00 | NA | NA | 0.00 |
| | City of Chicago Dept. of Revenuee Bureau enforce. 121 N.  LaSalle St. Chicago, IL 60602 | | 3,000.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | 3,982.11 | NA | NA | 0.00 |
| | Comenity Bank/Dress Barn Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 299.00 | NA | NA | 0.00 |
| | Comenity bank/The Sports Authority (TSA) Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 233.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Collectors P.O. Box 63 Kankakee, IL 60901 | | 748.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | 170.00 | NA | NA | 0.00 |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | 317.00 | NA | NA | 0.00 |
| | Debt Recovery Solution Attention:  Bankruptcy 900 Merchants Concourse Ste Ll11 Westbury, NY 11590 | | 613.00 | NA | NA | 0.00 |
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 714.00 | NA | NA | 0.00 |
| | HSBC Card Services P.O. Box 71104 Charlotte, NC 28272-1104 | | 528.00 | NA | NA | 0.00 |
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | 919.00 | NA | NA | 0.00 |
| | Mage & Price 707 Lake Cook Road Deerfield, IL 60015 | | 71.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 80.00 | NA | NA | 0.00 |
| | Rachel Durbin Nowicki 738 S. Highland Ave. Oak Park, IL 60304 | | 3,933.45 | NA | NA | 0.00 |
| | Sarah Durbin 738 S. Highland Oak Park, IL 60304 | | 3,933.45 | NA | NA | 0.00 |
| | Torres Crdit Tcs Inc. Po Box 189 Carlisle, PA 17013 | | 4,102.00 | NA | NA | 0.00 |
| | Trumbell-Met-Life II c/o Douglas, Knight, & Associates ATTN: Melissa Frew 149594 Bradenton, FL 34282 | | 0.00 | NA | NA | 0.00 |
| | U.S. Cellular 8410 W. Brynmar Chicago, IL 60631 | | 0.00 | NA | NA | 0.00 |
| 6 | Capital Recovery V, Llc | 7100-000 | NA | 744.51 | 744.51 | 744.51 |
| 4 | N. A. Capital One | 7100-000 | NA | 406.54 | 406.54 | 406.54 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 170.83 | 170.83 | 170.83 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 108.71 | 108.71 | 108.71 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 192.53 | 192.53 | 192.53 |
| 3 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 299.89 | 299.89 | 299.89 |
| 7 | City Of Chicago Department Of Revenue | 7200-000 | NA | 1,620.28 | 1,620.28 | 1,620.28 |
| 8 | Commonwealth Edison Company | 7200-000 | NA | 4,102.19 | 4,102.19 | 4,102.19 |
| 9 | Douglas Knight & Associates | 7200-000 | NA | 3,933.45 | 3,933.45 | 3,933.45 |
| | Capital Recovery V, Llc | 7990-000 | NA | NA | NA | 2.51 |
| | City Of Chicago Department Of Revenue | 7990-000 | NA | NA | NA | 5.45 |
| | Commonwealth Edison Company | 7990-000 | NA | NA | NA | 13.81 |
| | Douglas Knight & Associates | 7990-000 | NA | NA | NA | 13.24 |
| | N. A. Capital One | 7990-000 | NA | NA | NA | 1.37 |
| | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 0.57 |
| | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 2.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 25,451.01 | $ 11,578.93 | $ 11,578.93 | $ 11,617.91 |

FORM 7
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-12303 | JSB | Judge: | Janet S. Baer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Grace Denise Watkins | | | | Date Filed (f) or Converted (c): | 03/26/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/2013 |
| For Period Ending: | 12/16/2015 | | | | Claims Bar Date: | 05/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  515 N. Lawler Chicago Il 60644 2Flat | 55,000.00 | 0.00 | | 0.00 | FA |
| 2.  Charter One Bank | 400.00 | 0.00 | | 0.00 | FA |
| 3.  Savings Account Charter One | 35.00 | 0.00 | | 0.00 | FA |
| 4.  Bedroom Furniture. | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Clothing | 500.00 | 350.00 | | 0.00 | FA |
| 6.  Costumes Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Car Accident 11/19/2012, Claim Against Uninsured Motorist (D | Unknown | 1.00 | | 85,250.00 | FA |
| 8.  2012 Chevrolet Malibu Lt (In Daughter's Possession) | 18,000.00 | 0.00 | | 0.00 | FA |
| 9.  2000 Lincoln Executive Town Car. Over 100,000 Miles | 2,825.00 | 425.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $76,960.00      $776.00                $85,250.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled PI case for $85,250 per order of court and paid special counsel fees, expenses and Medicaid lien.  Trustee paid Debtor's personal exemption in the amount of $15,000. Trustee is preparing case for closing. (TFR submitted to UST 7/2/15)

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2015

Exhibit 8

Page: 1

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-12303 | Trustee Name: STEVEN R. RADTKE | |
| Case Name: Grace Denise Watkins | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5687 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9349 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 05/26/15 | 7 | Illinois Farmers Insurance Company Pocatello Service Center 2500 South Fifth Avenue Pocatello, ID 83204 | Settlement proceeds from personal injury claim | 1142-000 | $85,250.00 | | $85,250.00 |
| 06/02/15 | 1001 | Larry L. Fleischer and the Law Offices of Larry L. Fleischer 205 West Randolph Street Suite 2200 Chicago, IL 60606 | Special Counsel to Trustee Fees per order of Court  dated 4/14/15 | 3210-000 | | $28,416.38 | $56,833.62 |
| 06/02/15 | 1002 | Larry L. Fleischer and the Law Offices of Larry L. Fleischer 205 West Randolph Street Suite 2200 Chicago, IL 60606 | Special Counsel to Trustee Expenses per order of Court dated 4/14/15 | 3220-000 | | $49.15 | $56,784.47 |
| 06/02/15 | 1003 | Illinois Department of Healthcare and Family Services Bureau of Collections 401 South Clinton, 5th Floor Chicago, IL 60607 | Payment of Medicaid Lien pursuant to order of Court dated 4/14/15; Case No. 93-237-0000MA2089 | 4220-000 | | $2,700.00 | $54,084.47 |
| 06/02/15 | 1004 | Grace Denise Watkins 5403 West Iowa Chicago, IL 60651 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $39,084.47 |
| 09/30/15 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,833.77 | $33,250.70 |
| 09/30/15 | 1006 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $9.92 | $33,240.78 |

| | | |
|---|---|---|
| Page Subtotals: | $85,250.00 | $52,009.22 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No:  13-12303 | |
| Case Name:  Grace Denise Watkins | |
| | Trustee Name:  STEVEN R. RADTKE |
| | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX5687 |
| | Checking |
| Taxpayer ID No:  XX-XXX9349 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending:  12/16/2015 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/30/15 | 1007 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,962.50 | $30,278.28 |
| 09/30/15 | 1008 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $85.80 | $30,192.48 |
| 09/30/15 | 1009 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $109.08 | $30,083.40 |
| | | | ($0.37) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 ($108.71) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 09/30/15 | 1010 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $193.18 | $29,890.22 |
| | | | ($0.65) | 7990-000 | | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 ($192.53) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 09/30/15 | 1011 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $300.90 | $29,589.32 |
| | | | ($1.01) | 7990-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $3,651.46 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-12303

Case Name: Grace Denise Watkins

Taxpayer ID No: XX-XXX9349

For Period Ending: 12/16/2015

Trustee Name: STEVEN R. RADTKE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX5687

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($299.89) | 7100-000 | | | |
| 09/30/15 | 1012 | N. A. Capital One Capital One, N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | | $407.91 | $29,181.41 |
| | | | | ($1.37) | 7990-000 | | | |
| | | N. A. Capital One | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($406.54) | 7100-000 | | | |
| 09/30/15 | 1013 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | | $171.40 | $29,010.01 |
| | | | | ($0.57) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($170.83) | 7100-000 | | | |
| 09/30/15 | 1014 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | | $747.02 | $28,262.99 |
| | | | | ($2.51) | 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($744.51) | 7100-000 | | | |
| 09/30/15 | 1015 | City Of Chicago Department Of Revenue C/O Arnold Scott Harris Pc 111 W Jackson Ste. 600 Chicago, Il 60604 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | | $1,625.73 | $26,637.26 |
| | | | | ($5.45) | 7990-000 | | | |

| | Page Subtotals: | $0.00 | $2,952.06 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-12303
Case Name: Grace Denise Watkins

Taxpayer ID No: XX-XXX9349
For Period Ending: 12/16/2015

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5687
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | City Of Chicago Department Of Revenue | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($1,620.28) | 7200-000 | | | |
| 09/30/15 | 1016 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Department Oakbrook Terrace, Il 60181 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | | $4,116.00 | $22,521.26 |
| | | | | ($13.81) | 7990-000 | | |
| | | Commonwealth Edison Company | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($4,102.19) | 7200-000 | | |
| 09/30/15 | 1017 | Douglas Knight & Associates Po Box 10517 Attn: 149594 Bradenton, Fl 34282 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | | $3,946.69 | $18,574.57 |
| | | | | ($13.24) | 7990-000 | | |
| | | Douglas Knight & Associates | Final distribution to claim 9 representing a payment of 100.00 % per court order. | ($3,933.45) | 7200-000 | | |
| 09/30/15 | 1018 | Grace Denise Watkins 5403 W. IOWA CHICAGO, IL 60651 | Distribution of surplus funds to debtor. | | 8200-002 | | $18,574.57 | $0.00 |
| 10/21/15 | 1018 | Grace Denise Watkins 5403 W. IOWA CHICAGO, IL 60651 | Distribution of surplus funds to debtor. Reversal | | 8200-002 | | ($18,574.57) | $18,574.57 |
| 10/23/15 | 1019 | Grace Denise Watkins 5403 W. Iowa Chicago, IL 60651 | Distribution of surplus funds to Debtor Replaces Check No. 1018 | | 8200-002 | | $18,574.57 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $85,250.00 | $85,250.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $85,250.00 | $85,250.00 |
| Less: Payments to Debtors | | $0.00 | $33,574.57 |
| Page Subtotals: | | $0.00 | $26,637.26 |

$89,250.00      $51,675.43

Exhibit 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5687 - Checking | $85,250.00 | $51,675.43 | $0.00 |
| | $85,250.00 | $51,675.43 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $85,250.00 |
| Total Gross Receipts: | $85,250.00 |